UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN  DIVISION
NO: 7:10-CR-00057-BR

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )          ORDER
                                  )
THOMAS LYNN JONES,                )
                    Defendant     )

On 4 April 2011, the court held a hearing on defense counsel's motion to withdraw.  The court allowed the motion.  The Federal Public Defender is DIRECTED to appoint new counsel for defendant.  Arraignment and trial are CONTINUED to 2 May 2011.  Because new counsel has been appointed and needs additional time to prepare, the court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial.  Any delay shall be excluded from speedy trial time calculation.  18 U.S.C. § 3161(h)(7)(A).

This 5 April 2011.

_____
W. Earl Britt
Senior U.S. District Judge